IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**DEBRA KAY EMERSON,**

    Plaintiff,

  v.

**COMMISSIONER, SOCIAL SECURITY ADMINSTRATION,**

    Defendant.

No. 6:15-cv-01789-YY

OPINION AND ORDER

**MOSMAN, J.**,

On March 2, 2017, Magistrate Judge Youlee Yim You issued her Findings and Recommendation ("F&R") [26], recommending that the Commissioner's decision pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3) should be AFFIRMED. No objections to the F&R were filed.

### DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, *de novo* or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge You's recommendation and ADOPT the F&R [26] as my own opinion.

IT IS SO ORDERED.

DATED this   29th   day of March, 2017.

/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
Chief United States District Judge

2 – OPINION AND ORDER